**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN DARRELL SMITH, | Case No. CV 13-7578 JFW (SS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| BUREAU OF PRISONS, | **RECOMMENDATIONS OF UNITED** |
| Respondent. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge, with the following modification. The date of the filing by Petitioner cited on page 7, line 27 of the Report is corrected to read "December 26, 2013."

\\

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  May 30, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2