1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ALVIN DARRELL SMITH,              Case No. CV 13-7578 JFW (SS)
12                   Petitioner,
13       v.                                        **JUDGMENT**
14   BUREAU OF PRISONS,
15                   Respondent.
16
17       Pursuant   to   the   Court's   Order   Accepting   Findings,
18   Conclusions   and   Recommendations   of   United   States   Magistrate
19   Judge,
20
21       IT IS HEREBY ADJUDGED that the above-captioned action is
22   dismissed without prejudice.
23
24   DATED:  May 30, 2014
25                                      JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE
26
27
28